UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN COLLISON**                                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 4:19-CV-731-BD**

**ANDREW SAUL, Commissioner**
**Social Security Administration**[1]                                                  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 26th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On June 6, 2019, Andrew Saul became Commissioner of the Social Security Administration. He is substituted, therefore, as the Defendant. Fed. R. Civ. P. 25(d)